IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WAGMAN METAL PRODUCTS, INC., | : | |
| | : | |
| Plaintiff, | : | |
| | : | 1:22-cv-00073-YK |
| v. | : | |
| | : | |
| CONCRIA OY, | : | ELECTRONICALLY FILED |
| | : | |
| Defendant. | : | |

**<u>PARTIES' JOINT STATUS REPORT</u>**

Plaintiff Wagman Metal Products, Inc. ("Wagman" or "Plaintiff") and Defendant, Concria Oy ("Concria), hereby submit their Joint Status Report as required by the Court's Order dismissing this case (Dkt. 30).

The Parties are still working to finalize a formal settlement agreement. A final term is at-issue and is cooperatively being worked on to finalize the agreement. Finalization of the agreement has taken longer than anticipated due to unexpected delays that occurred due to an unexpected health issue affecting personnel at Concria and an autumn holiday that is observed in Finland.

As there is only a single term the Parties are working to clarify to finalize the agreement, it is anticipated the agreement will be finalized and approved in the next 15-30 days. It is, therefore, respectfully requested that the Court maintain the status of this case without making a dismissal with or without prejudice for another 30 days

to provide the parties with sufficient time to finalize a formal settlement agreement and submit an agreed upon order of dismissal to the Court.

Date: Oct. 28, 2022

| Respectfully Submitted, | Respectfully Submitted, |
|---|---|
| BUCHANAN INGERSOLL & ROONEY PC<br><br>By: /s/ *Anthony (T.J.) Andrisano*<br>Anthony (T.J.) Andrisano, Esq.<br>409 North Second Street, Suite 500<br>Harrisburg, PA 17101<br>Email: anthony.andrisano@bipc.com<br><br>Ralph G. Fischer, Esq.<br>(PA I.D. No. 200793)<br>(*pro hac vice*)<br>Duane A. Stewart III<br>(PA I.D. No. 86169)<br>(*pro hac vice*)<br>The Union Trust Building<br>501 Grant Street<br>Pittsburgh, PA 15219<br>T: 412 562 1622<br>F: 412 562 1041<br>ralph.fischer@bipc.com<br>duane.stewart@bipc.com<br><br>*Attorneys for Plaintiff Wagman Metal Products, Inc.* | THE WEBB LAW FIRM<br><br>By: /s/ *Anthony W. Brooks*<br>John W. McIlvaine (Admitted PHV)<br>(PA I.D. No. 56773)<br>Anthony W. Brooks (Admitted PHV)<br>(PA I.D. No. 307446)<br>One Gateway Center<br>420 Ft. Duquesne Blvd., Suite 1200<br>Pittsburgh, PA 15222<br>412.471.8815<br>412.471.4094 (fax)<br>jmcilvaine@webblaw.com<br>abrooks@webblaw.com<br><br>AND<br><br>Shawn K. Leppo (PA ID No. 94569)<br>Sarah Hyser-Staub (PA ID No. 315989)<br>MCNEES WALLACE & NURICK LLC<br>100 Pine Street<br>Harrisburg, PA 17101<br>717.232.8000<br>717.237.5300 (fax)<br>sleppo@mcneeslaw.com<br>sstaub@mcneeslaw.com<br><br>*Attorneys for Defendant Concria Oy* |